**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDWARD SMITH,

     Plaintiff,

v.                                                                    Case No: 8:13-cv-3070-T-35TGW

DIVERSIFIED CONSULTANTS, INC.,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

     Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Dkt. 20) and pursuant to Fed.R.Civ. P. 41, it is hereby

     **ORDERED** that this case is **dismissed with prejudice.**  Each party shall bear its own attorneys' fees and costs associated with this matter.  The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

     **DONE and ORDERED** in Tampa, Florida this 22nd day of September, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party